# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Cordero, | No. CV14-0993 PHX DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Countertop Creations, Inc., an Arizona corporation, et al., | |
| Defendants. | |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **September 15, 2014** without further leave of Court.

Dated this 13th day of August, 2014.

_____
David G. Campbell
United States District Judge